IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Broadcast Music, Inc., et al. | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: JKB-15-1477 |
| Jimmy's Seafood, Inc., d/b/a Jimmy's Famous Seafood, et al. | * | |
| | * | |
| Defendants | | |
| | * | |

******

## MEMORANDUM AND ORDER

Now pending before the Court is the Plaintiffs' motion for Clerk's entry of default for want of an answer (ECF No. 14). The Defendants have responded to the motion (ECF No. 17). The Court finds the explanations in the response, which attempt to justify the tardy answer, less than fully persuasive. On the other hand, the Court is persuaded that the Plaintiff has not been unduly prejudiced by the Defendants' tardiness, and so the motion is DENIED. The Court notes that simultaneous with the filing of their response, the Defendants filed an Answer, and treating the response as a request for permission to file out of time, and finding that the request should be GRANTED, the ANSWER (ECF No. 15) should be DOCKETED, and the Clerk is directed to do so.

Dated this 7th day of August, 2015.          BY THE COURT:


                                              _____/s/_____
                                              James K. Bredar
                                              United States District Judge